UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
ANTHONY NEWERLS, DESHAWN WILLIAMS,
CARL BECKFORD, EDDISON ARTHUR and
REGINALD WHEELER, Individually, On
Behalf of All Others Similarly
Situated and as Class
Representatives,

            Plaintiffs,

   - against -

ACS TELECOMMUNICATIONS, LLC, KENNETH
SHAW and DARRYL MCDUFFY,

          Defendants.
------------------------------------x

------------------------------------x
RONDELL RUSSELL, LEONARD TAYLOR,
KAREN WILLIAMS, and MERRICK WILSON,
on behalf of themselves and other
employees similarly situated,

           Plaintiffs,

   - against -

ACS TELECOMMUNICATIONS LLC., KENNIE
SHAW, DARRYL McDUFFE, and JOHN DOES
1-100, the actual names of such
individuals or entities being
unknown,

          Defendants.
------------------------------------x

ORDER OF
CONSOLIDATION
Civil Action No.
CV-10-2102 (DGT)

Civil Action No.
CV-10-2020 (DGT)

TRAGER, J.

Civil Action No. CV-10-2102 (DGT) and Civil Action No. CV-10-2020 (DGT) are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Dated:      Brooklyn, New York
            December 20, 2010

SO ORDERED:

s/ DGT

David G. Trager
United States District Judge

2