UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY NEWERLS, DESHAWN WILLIAMS, CARL BECKFORD, EDDISON ARTHUR, REGINALD WHEELER and KERN SCOPE, Individually, On Behalf of All Others Similarly Situated and as Class Representatives,<br><br>                                            Plaintiffs,<br><br>-against-<br><br>ACS TELECOMMUNICATIONS, LLC, CABLEVISION SYSTEMS CORPORATION, KENNETH SHAW and DARRYL MCDUFFY,<br><br>                                              Defendants. | **NOTICE OF MOTION**<br><br>10 Civ. 02102 (JG) (VVP) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Voluntary Dismissal, Plaintiffs Anthony Newerls, Deshawn Williams, Carl Beckford, Eddison Arthur, Reginald Wheeler and Kern Scope will move this Court before The Honorable John Gleeson, United States District Judge, at the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by the Court, for an Order granting Plaintiffs' motion for voluntary dismissal without fees or costs to defendants now or at any time in conjunction with this matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:    Jericho, New York
          February 28, 2014           LIPMAN & PLESUR, LLP

                                              By:      /s/ Lizbeth Schalet
                                                        Lizbeth Schalet
                                                        schalet@lipmanplesur.com
                                                        500 North Broadway, Suite 105
                                                       Jericho, NY  11753
                                                       Telephone:  (516) 931-0050

        Facsimile: (516) 931-0030

        *Attorneys for Plaintiffs*